**Order entered April 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01491-CV

**RICHARDSON EAST BAPTIST CHURCH, Appellant**

**V.**

**PHILADELPHIA INDEMNITY INSURANCE COMPANY AND JAMES GREENHAW,**
**Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13868**

## ORDER

We **GRANT** appellant's March 31, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than April 16, 2015.  Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
JUSTICE